UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LONNY DITELLA,<br><br>                           Plaintiff,<br><br>            -v.-<br><br>TRANSUNION, LLC,<br><br>                           Defendant. | 23 Civ. 11028 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On August 22, 2024, the Court set a briefing schedule for Defendant's Motion for Judgment on the Pleadings. (Dkt. #61). On September 26, 2024, Defendant filed its Motion for Judgment on the Pleadings. (Dkt. #62). Plaintiff's Opposition was due on or before October 24, 2024 (*see* Dkt. #61), but on October 23, 2024, the Court granted an extension request made by Plaintiff, allowing him to file his Opposition on or before November 7, 2024 (Dkt. #67). On November 13, 2024, the Court granted *nunc pro tunc* another extension request, allowing Plaintiff to file his Opposition on or before November 21, 2024. (Dkt. #72). Plaintiff has yet to file his Opposition, despite being told that the Court would not entertain further extension requests from him. (*See id.*).

The Court is giving Plaintiff one last opportunity. If Plaintiff does not file his Opposition on or before **December 6, 2024**, then the Court will construe Defendant's motion as unopposed, and Defendant will not need to file a reply.

SO ORDERED.

Dated:  November 25, 2024
        New York, New York

                                                    *Katherine Polk Failla*
                                                    _____
                                                    KATHERINE POLK FAILLA
                                                    United States District Judge