UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Lonny DiTella,<br><br>      Plaintiff,<br><br>    -v.-<br><br>Transunion LLC,<br><br>      Defendant. | 23 Civ. 11028 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

  The Court issued an Opinion and Order on July 22, 2025, that in part dismissed Plaintiff Lonny DiTella's complaint without prejudice and with leave to amend. (Dkt. #86). Mr. DiTella timely filed his third amended complaint on September 19, 2025. (Dkt. #90). Although the Court had contemplated setting a schedule for Defendant Transunion LLC ("Transunion") to respond, Transunion filed an answer on October 3, 2025. (Dkt. #91).

  One business day later, on October 6, Mr. DiTella filed a motion for summary judgment. (Dkt. #92). For several reasons, the Court dismisses without prejudice Mr. DiTella's motion for summary judgment. For starters, the motion does not comply with this District's Local Civil Rule 56.1. The motion also repeats, without support, allegations contained in the complaint as facts. Further, Mr. DiTella moved for summary judgment without any exchange of discovery between the parties. It was and remains the Court's expectation that the parties will meet and confer regarding a schedule for the mutual production of discovery. The Court directs the parties to do so and propose a Case Management Plan by **October 31, 2025**.

Relatedly, the Court has noticed that Mr. DiTella has requested that many of his filings be submitted under seal. But the basis for Mr. DiTella's sealing requests is not obvious to the Court. The Court therefore directs Mr. DiTella to give careful consideration before requesting that further documents be filed under seal.

The Clerk of the Court is directed to terminate the pending motion at docket entry 92.

SO ORDERED.

Dated:   October 7, 2025
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge