UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LONNY DITELLA,<br><br>                        Plaintiff,<br><br>            -v.-<br><br>TRANSUNION LLC,<br><br>                        Defendant. | 23 Civ. 11028 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court has reviewed the parties' proposed Case Management Plan, including the parties' proposal to have nearly a year to complete fact and expert discovery. (*See* Dkt. #97). The proposed Plan is DENIED without prejudice. The parties are directed to either submit a new proposed Plan with a substantially shorter discovery period or to provide a compelling explanation justifying the length of their originally proposed timeline. They shall do so by **November 14, 2025**.

    SO ORDERED.

Dated:   November 3, 2025
         New York, New York

                                              *Katherine Polk Failla*
                                              _____
                                              KATHERINE POLK FAILLA
                                              United States District Judge