UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lonny DiTella,

                Plaintiff,

       -v.-

Transunion LLC,

              Defendant.

23 Civ. 11028 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

On or about March 19, 2026, the Court received three requests from Plaintiff to issue subpoenas.  (Dkt. #112-114).  But on February 24, 2026, the Court previously denied a nearly identical request because it was insufficiently specific; the subpoena contained no rider specifying the information Plaintiff sought, and Plaintiff's cover letter was similarly vague.  (Dkt. #109-110 (subpoena request and cover letter), 111 (Court endorsement denying request)).  Plaintiff's March 19, 2026 requests suffer the same defects; indeed, the address block is blank.  So for the same reasons as before, the Court denies Plaintiff's requests to issue subpoenas.  (*See* Dkt. #111).  Also as before, the Court strongly encourages Plaintiff to consult the City Bar Justice Center, https://www.citybarjusticecenter.org/projects/federal-prose-legal-assistance-project/, for assistance in making a proper application.

     SO ORDERED.

Dated:  March 24, 2026
          New York, New York

                           KATHERINE POLK FAILLA
                       United States District Judge